**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REBECCA RENAE WESTLING,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-0057 JLT GSA<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND GRANTING DEFENDANT'S REQUEST TO AFFIRM<br><br>ORDER DIRECTING THE CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF DEFENDANT AND TO CLOSE THIS CASE<br><br>(Docs. 16, 18, 21) |

Rebecca Renae Westling sought judicial review of the administrative decision denying her applications for a period of disability, disability insurance benefits, and supplemental security income under Titles II and XVI of the Social Security Act. (*See generally* Doc. 1; Doc. 16.) Plaintiff asserted the administrative law judge erred in relying upon vocational expert testimony regarding the jobs available in the national economy. (Doc. 16 at 9-15.) The Commissioner argued that the Court should affirm the decision of the ALJ. (Doc. 18.)

The magistrate judge found that Plaintiff was obligated to raise the identified issue "either to the ALJ or to the Appeals Council" before raising the matter in the federal court on appeal. (Doc. 21 at 8; *see also id.* at 6-8.) As Plaintiff did not challenge the vocational expert's testimony regarding the number of jobs available at the administrative level – by raising the issue before the

ALJ or the Appeals Council – the magistrate judge found that Plaintiff "waived her arguments regarding the ALJ's step five analysis based on the VE's job numbers testimony." (*Id.* at 8.) Even if Plaintiff did not waive this issue, the magistrate judge found Plaintiff's "argument still fails on its merits Plaintiff failed to provide any probative evidence to challenge the inherently reliable job data provided by the VE." (*Id.* at 12; *see also id.* at 8-12.) Thus, the magistrate judge recommended Plaintiff's appeal be denied. (*Id.*)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 21 at 12-13.) The Court also advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated July 27, 2026 (Doc. 12) are **ADOPTED** in full.
2. Plaintiff's motion for summary judgment (Doc. 16) is **DENIED**.
3. The Commissioner's request to affirm the administrative decision (Doc. 18) is **GRANTED**.
4. The Clerk of Court is directed to terminate pending matters; enter judgment in favor of Defendant, the Commissioner of Social Security, and against Plaintiff Rebecca Renae Westling; and to close this case.

IT IS SO ORDERED.

Dated: August 19, 2026

UNITED STATES DISTRICT JUDGE